IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FLOYD J.,[1]

       Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

Civ. No. 6:19-cv-00244-AA

**ORDER**

AIKEN, District Judge:

    This case comes before the Court on Plaintiff's Application for Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 19. In its Response, the Commissioner affirms that it does not object to Plaintiff's request for EAJA fees. ECF No. 20.

    Upon review of the record, Plaintiff's Motion is GRANTED and Plaintiff is awarded attorney fees in the amount of $8,224.79. Payment shall be made to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

---

[1] In the interest of privacy, this order uses only first name and the initial of the last name of the non-governmental party or parties in this case.

Page 1 – ORDER

If Plaintiff has no such debt, then the check shall be made out and payable to Plaintiff's attorney, Frederick J. Daley and Daley Disability Law, P.C., 4256 N. Ravenswood Ave., Suite 104, Chicago, Illinois 60613.

It is so ORDERED and DATED this    17th    day of February 2022.

       /s/Ann Aiken
ANN L. AIKEN
United States District Judge